IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  06-cv-00281-LTB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7 FIREARMS,

    Defendant.
_____

ORDER
_____

    The United States of America initiated this civil forfeiture action after seizing seven firearms from Darrell Fortner.  The Government alleges that Mr. Fortner is a convicted felon and was once committed to a state mental hospital and was thus illegally in possession of the weapons.  The Government seized the firearms on October 18, 2005, initiated and then abandoned an administrative forfeiture proceeding, then filed its verified complaint here on February 17, 2006.

    Philip Ludwig, Mr. Fortner's brother in law, moved for dismissal.  On September 13, 2006, I denied his motion for lack of standing.  Though Mr. Ludwig had filed a claim in the administrative proceeding, he had not, and still has not, here complied with the requirements of 18 U.S.C. § 983(a) and Fed. R. Civ. P., Supp. R. C(6).  Mr. Ludwig, Mr. Fortner, and Mr. Fortner's wife, Jennifer move for reconsideration of my denial of Mr. Ludwig's motion to dismiss.  That I extended the time for Mr. Ludwig to respond to interrogatories (the extended deadline has now expired) does not bear upon the standing question, and the motion to reconsider [docket numbers

21, 23, and 25] is DENIED.

Mr. and Mrs. Fortner and Mr. Ludwig have filed other motions. Two motion titled "Substitution of Attorney" [docket numbers 24 and 26] purport to announce that Mr. and Mrs. Fortner and Mr. Ludwig represent themselves *pro se* and to request the withdrawal of the appearance of Stephen Anderson, who earlier appeared on Mr. Ludwig's behalf. Mr. Anderson has signed the motion at docket number 26. These motions are GRANTED.

The Fortners and Mr. Ludwig move [docket number 22] for an additional extension of time in which to file an answer. I previously extended until July 30, 2006 the time for the Fortners to file an answer. In my September 13, 206 order I directed Mr. Ludwig to the provisions governing the filing of claims. Neither the Fortners nor Mr. Ludwig has complied with the rules. This motion is DENIED.

Dated: October   18  , 2006, in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge