IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  06-cv-00281-LTB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7 FIREARMS,

    Defendant.
_____

ORDER
_____

Upon Plaintiff's Motion for Default Judgment and Final Order of Forfeiture (Doc 32 - filed October 23, 2006), the Court finds as follows:

1.    On February 17, 2006, the United States filed its Verified Complaint (ECF Document No. 1) seeking forfeiture of Defendant 7 Firearms pursuant to 18 U.S.C. § 924(d).  All of the sworn statements in the complaint establish by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

2.    The Bureau of Alcohol, Tobacco, Firearms, and Explosives executed the Warrant for Arrest of Property *in Rem* on April 18, 2006, as evidenced by the Department of Treasury Return previously filed with the Court (ECF Document No. 8).

3.    The Bureau of Alcohol, Tobacco, Firearms, and Explosives published notice of the arrest for three consecutive weeks in a newspaper of general circulation in Colorado Springs, Colorado via <u>The Gazette</u> on August 17, 24, and 31, 2006, as evidenced by the Publisher's Affidavit previously filed with the Court (ECF Document No. 20).

4.	All known interested parties have received notice of this action as evidenced by the Certificate of Service filed with the Court on June 16, 2006 (ECF Document No. 5). As indicated in the Notice of Arrest and Procedure, anyone wishing to contest the forfeiture is required to file a Verified Statement of Interest or Right (formerly known as a Claim) within thirty (30) days of actual notice or within thirty (30) days of final publication, which ever occurs first, and must further file an Answer twenty (20) days thereafter. Supplemental Rule for Certain Admiralty and Maritime Claims C(6); 18 U.S.C. § 983(a)(4).

5.	On July 7, 2006, Darrell Fortner and Jennifer Fortner filed a First Request for Extension of time to answer complaint (ECF Documeent No. 6). The Court granted the request allowing up to and including July 30, 2006 to file an answer.

6.	On July 28, 2006, Defendant through, Stephen S. Anderson filed a motion to dismiss and a motion for enlargement of time to respond to interrogatories pending courts decision on motion to dismiss (ECF Document No. 9). The motion for enlargement of time to respond to interrogatories was granted allowing 20 days following the decision to dismiss.

7.	On September 13, 2006, the Court denied the motion to dismiss (ECF Document No. 18).

8.	Darrell Fortner, Jennifer Fortner, and Philip Ludwig filed a motion for reconsideration of the Courts denial for motion to dismiss on October 3, 2006 (ECF Document No. 21). The Court denied the motion for reconsideration to dismiss on October 18, 2006 (ECF Document No. 29).

9.	To date, there have been no claims and answers filed in this action.

10. Entry of Default was entered on October 23, 2006, by the Clerk of the Court (ECF Document No. 31).

IT IS THEREFORE ORDERED that default judgment and forfeiture of Defendant property described below, including all right, title, and interest, shall enter in favor of the United States:

    a) Winchester Model 1400 12 gauge Shotgun, S/N N450609;

    b) Browning Model 1895 30-06 caliber Rifle, S/N 02303PW187;

    c) Weatherby Mark V 30 caliber Rifle, S/N P60324;

    d) Weatherby Mark V 30 caliber Rifle, S/N H246655;

    e) Remington Model 870 Express 12 gauge Shotgun, S/N W697885M;

    f) Remington Model 870 Express Magnum 12 gauge Shotgun, S/N B558340M;

    g) Remington Model 7400 30-06 caliber Rifle with attached Bushnell scope, S/N B8142471

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. §2465 as to all of defendant Firearms.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED: October 24, 2006