IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00281-LTB

USA,

        Plaintiff,

v.

7 FIREARMS,

        Defendant.

## ORDER TO CURE DEFICIENCY

Babcock, Chief Judge

Darrell Fortner, Interested Party, submitted a Notice of Appeal on November 24, 2006 . The court has determined that the document is deficient as described in this order. Darrell Fortner will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X   is not submitted
     ___  is not on proper form (must use the court's current form)
     ___  is missing original signature by plaintiff/petitioner on motion
     ___  is missing affidavit
     ___  affidavit is incomplete
     ___  is missing original signature by plaintiff/petitioner on affidavit
     ___  affidavit is not notarized or is not properly notarized
     ___  other_____

Accordingly, it is

ORDERED that Darrell Fortner cure the deficiencies designated above within 30 days from the date of this order. Any papers that Darrell Fortner filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Darrell Fortner, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if DARRELL FORTNER fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  5th  day of December, 2006.

BY THE COURT:


  s/Lewis T. Babcock
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO